
# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BERTHA CAMPOS, ) | NO. CV 09-06213 SS |
| Plaintiff, ) | |
| v.  ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, ) Commissioner of the Social ) Security Administration, ) | |
| Defendant. ) | |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: September 21, 2010.

_____/S/_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE